﻿Citation Nr: AXXXXXXXX
Decision Date: 11/13/18 Archive Date: 11/13/18

DOCKET NO. 180917-56
DATE: November 13, 2018
ORDER
Entitlement to service connection for bilateral hearing loss disability is granted.
FINDING OF FACT
A bilateral hearing loss disability had its onset in service.
CONCLUSION OF LAW
The criteria for service connection for a bilateral hearing loss disability have been met. 38 U.S.C. §§ 1110, 5107 (2012); 38 C.F.R. §§ 3.102, 3.303, 3.385 (2017).
REASONS AND BASES FOR FINDING AND CONCLUSION
The Veteran served on active duty from July 1970 to December 1979. He also had a period of Reserve service. 
On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Board is honoring the Veteran’s choice to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program. 
Entitlement to service connection for bilateral hearing loss disability is granted.
The Veteran contends that his hearing loss disability is a result of in-service noise exposure while performing duties as a vehicle mechanic. After resolving the benefit of the doubt in favor of the Veteran, the Board finds that service connection for a bilateral hearing loss disability is warranted. See 38 U.S.C. § 5107 (b); 38 C.F.R. §§ 3.102, 3.303. 
The Veteran’s service personnel records show he served as a general-purpose vehicle mechanic for six years and club management supervisor for three years. Routine audiograms during service show he was exposed to noise from kitchen and heavy equipment. See e.g. 1970, 1971, and 1973 audiograms. The Board finds that the Veteran’s report of noise exposure is credible and consistent with the circumstances of his service, as indicated in official military records. See 38 U.S.C. § 1154 (a). During an April 2017 post-service VA examination, the Veteran was diagnosed with a bilateral hearing loss disability. 38 C.F.R. § 3.385. 
The remaining question is whether the current hearing loss disability is related to any aspect of the Veteran’s military service, to include exposure to loud noise. The April 2017 VA examiner conceded noise exposure in service based on statements of the Veteran regarding his military occupational specialty. The examiner opined in the absence of any evidence contradicting military noise exposure, as service treatment records were not available for review, it was at least as likely as not that the Veteran’s current impaired hearing was due to such military noise exposure. 
In February 2018, after reviewing service treatment records, the examiner opined it was less than likely that the Veteran’s hearing loss disability was due to military noise exposure as his hearing was normal during service and without major threshold shifts. As in-service hearing loss is not required to establish entitlement to service connection for hearing loss, the addendum opinion is not probative. Hensley v. Brown, 5 Vet. App. 155 (1993). 
Given the evidence set forth above, and resolving all reasonable doubt in the Veteran’s favor, service connection for the Veteran’s hearing loss disability is warranted. See 38 U.S.C. § 5107 (b); 38 C.F.R. § 3.102.
 
E. I. VELEZ
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD K. L. Wallin, Counsel